

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2016

No. 04-16-00406-CR

Carl Wade **BAILES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0076
Honorable Melisa Skinner, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is granted. The appellant's brief is due February 7, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court